People of State of Illinois ex rel. Oscar Nelson, v. Chicago Lawn State Bank. Charles H. Albers, appellee, v. Stiefel Furniture Company, appellant. Gen. No. 39,747.

Opinion filed May 11, 1938.

Kern, Stiefel & Stiefel, for appellant; Jacob J. Kern and Charles W. Stiefel, Jr., of counsel. Norman C. Barry, for appellee; Sylvester J. Cotter, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.